THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER GREEN, <br><br> Defendant. | No. CR 16-224-JLR <br><br> (PROPOSED) ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel, and the records and files in this case.

IT IS NOW ORDERED that Assistant Federal Public Defender Vanessa Pai-Thompson is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent the defendant from the CJA panel.

DONE this 10th day of April, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*US v. Alexander Green*; CR16-224JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100