JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> ALEXANDER GREEN <br><br> Defendant. | NO. CR 16-224 JLR <br><br> (~~PROPOSED~~) ORDER ON WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

This matter has come before the Court on the defendant's motion for *Writ of Habeas Corpus Ad Prosequendum*. The Court having reviewed the motion and the records and files herein,

the Motion for a Writ of Habeas Corpus Ad Prosequendum is DENIED.

IT IS NOW ORDERED that a ~~Writ of Habeas Corpus Ad Prosequendum be issued as requested.~~

DATED this 4th day of June, 2019.

James L. Robart
United States District Court Judge

-1-

ORDER ON MOTION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

Law Office of David Hammerstad, LLC
1000 2ND Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215
e-mail: david@hammerstadlaw.com